UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ZULAY ANDREA ALVAREZ, *on behalf of herself and those similarly situated*, et al.

                    Plaintiff,

-against-

FINE CRAFTSMAN GROUP, LLC, JOSEPH ZYSKOWSKI, and KRZYSZTOF POGORZELSKI, *jointly and severally*,

                    Defendant.

------------------------------------------------------------ X

ORDER

20 Civ. 10452 (GBD)

GEORGE B. DANIELS, District Judge:

    The April 20, 2021 initial conference is hereby cancelled, in light this case's referral to mediation.

Dated: April 13, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE