```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZULAY ANDREA ALVAREZ, GERARDO              :
AYALA, ANIBAL YAGUACHI CAMPOVERDE,         :
EDUARDO GABRIEL VILLAFUERTE CHAVEZ,        :
CESAR CUA, RAFAEL HERNANDEZ, OSCAR         :
SANCHEZ JUAREZ, EDUARDO MUNOZ, ELIAS       :
ANTONIA CHAVEZ PENA ALEJANDRO PEREZ,       :
on behalf of themselves, and those similarly situated, :
                                           :          ORDER
                  Plaintiffs,              :
                                           :   20-CV-10452 (GBD)(KNF)
            -against-                      :
                                           :
FINE CRAFTSMAN GROUP, LLC, JOSEPH          :
ZYSKOWSKI, and KRZYSZTOF POGORZELSKI,      :
jointly and severally,                     :
                                           :
                  Defendants.              :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Counsel to the plaintiffs did not participate in the telephonic status conference scheduled for November 2, 2021; therefore, the conference did not go forward. The conference is hereby rescheduled to November 4, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                       SO ORDERED:
        November 2, 2021

                                                 _____
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE

1