UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ZULAY ANDREA ALVAREZ, GERARDO AYALA,
ANIBAL YAGUACHI CAMPOVERDE, EDUARDO
GABRIEL VILLAFUERTE CHAVEZ, CESAR CUA,
RAFAEL HERNANDEZ, OSCAR SANCHEZ JUAREZ,                    ORDER
EDUARDO MUNOZ, ELIAS ANTONIO CHAVEZ
PENA ALEJANDRO PEREZ, on behalf of themselves,            20-CV-10452 (GBD)(KNF)
and those similarly situated.,

                         Plaintiffs,

              - against -

FINE CRAFTSMAN GROUP, LLC, JOSEPH
ZYSKOWSKI, and KRZYSZTOF POGORSELSKI,
jointly and severally,

                         Defendants.
-----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the respective parties on November 4,

2021.  As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

       1.      all discovery, of whatever nature, be initiated so as to be completed on or before

               December 31, 2021;

       2.      any dispositive motion shall be filed on or before January 31, 2022;

       3.      the response to any such motion and any reply are to be made in accordance with

               Local Civil Rule 6.1 of this court; and

       4.      if no dispositive motion is made, the parties shall submit their joint pretrial order to

               the court on or before January 31, 2022.  That document must conform to the

               requirements for such an order that are found in Individual Rules of Practice of the

               assigned district judge.

Dated:  New York, New York                     SO ORDERED:
        November 4, 2021

                                               _Kevin Nathaniel Fox_____
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE