# JULIEN MIRER & SINGLA, PLLC

ATTORNEYS AT LAW
1 WHITEHALL, SIXTEENTH FLOOR
NEW YORK, NEW YORK 10004

JEANNE MIRER
RETU SINGLA

TELEPHONE: (212) 231-2235

RIA JULIEN

**SO ORDERED**

*/s/ George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

MAR 2 7 2023

March 23, 2023

**Via ECF**
Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 11A
New York, NY 10007-1312

Re: *Alvarez et al v. Fine Craftsman Group, LLC et al.*
1:20-cv-10452-GBD-JW
Letter Request for Deadline Advance for Fee Petition

Dear Honorable Judge Daniels:

This office represents Plaintiffs in the above-entitled action. Plaintiffs by this letter request a two week extension of the deadline for the filing of a fee petition from today, March 23, 2023, to April 6, 2023.

Per FRCP 54, a motion for attorney's fees must be filed no later than 14 days after the entry of judgment. Here, on March 9, 2023, there was an Order for Summary Judgment entered to specific issues as set forth in docket document number 70.

Plaintiffs are requesting a two week extension for the filing of a fee petition in order to accommodate any forthcoming decision from Magistrate Judge Willis on the remaining portion of the Summary Judgment as to the overtime nonpayment, which was remanded to him by this Court.

We thank the court for its attention to this matter.

Respectfully submitted,
/s/
Ria Julien
Jeanne Mirer
*Attorney for the Plaintiffs*

CC: All parties via ECF