# JULIEN MIRER & SINGLA, PLLC

ATTORNEYS AT LAW
1 WHITEHALL, SIXTEENTH FLOOR
NEW YORK, NEW YORK 10004

JEANNE MIRER TELEPHONE: (212) 231-2235 RIA JULIEN
RETU SINGLA

April 3, 2023

SO ORDERED:

*/s/ George B Daniels*
George B. Daniels, U.S.D.J.

Dated: APR 0 4 2023

**Via ECF**
Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 11A
New York, NY 10007-1312

Re: *Alvarez et al v. Fine Craftsman Group, LLC et al.*
1:20-cv-10452-GBD-JW
2nd Letter Request for Deadline Extension for Fee Petition

Dear Honorable Judge Daniels:

This office represents Plaintiffs in the above-entitled action. After the Court granted Plaintiffs first request for an extension of the deadline from March 23, 2023, to April 6, 2023, Magistrate Judge Willis requested additional briefing on the issue of overtime nonpayment.

Plaintiffs by this letter request an additional extension of the deadline for the filing of a fee petition until 14 days after the final determination on the extant issue with the Summary Judgment pertaining to overtime nonpayment. Attorney for Plaintiffs, Jeanne Mirer, will be on leave as of tomorrow, April 4, 2023, for a surgical procedure, and attorney Ria Julien continues her maternity leave to at least mid-June, thus necessitating this request for an additional extension. In addition, granting this second extension is consistent with judicial efficiency and will obviate the need for the court to address two partial summary judgment fee petitions should the court rule in Plaintiffs' favor on the outstanding overtime issue.

This is Plaintiffs' second request to adjourn the deadline.

We thank the court for its attention to this matter.

Respectfully submitted,

____/s/_____
Ria Julien and Jeanne Mirer
*Attorney for the Plaintiffs*

CC: All parties via ECF