**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------- x

ZULAY ANDREA ALVAREZ, GERARDO  :
AYALA,  ANIBAL YAGUACHI  :
CAMPOVERDE, EDUARDO GABRIEL  :
VILLAFUERTE CHAVEZ, CESAR CUA,  :
RAFAEL HERNANDEZ, OSCAR SANCHEZ  :
JUAREZ,  EDUARDO MUNOZ, ELIAS  :
ANTONIO CHAVEZ PENA, and ALEJANDRO :
PEREZ, *on behalf of themselves and those*  :
*similarly situated*,  :

                                             ORDER

                          Plaintiffs,  :     20 Civ. 10452 (GBD) (JW)

           -against-  :

FINE CRAFTSMAN GROUP, LLC, JOSEPH  :
ZYSKOWSKI and KRZYSZTOF  :
POGORZELSKI, *jointly and severally*,  :


                          Defendants.  :

-------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

All counsel in the above-captioned case are directed to appear before this Court on

December 17, 2024 at 10:00 a.m. for a status conference.

Dated: New York, New York          SO ORDERED:
        October 17, 2024

                                   *George B. Daniels*
                                   GEORGE B. DANIELS
                                   United States District Judge