UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ZULAY ANDREA ALVAREZ, GERARDO AYALA, ANIBAL
YAGUACHI CAMPOVERDE, EDUARDO GABRIEL
VILLAFUERTE CHAVEZ, CESAR CUA, RAFAEL
HERNANDEZ, OSCAR SANCHEZ JUAREZ, EDUARDO
MUNOZ, ELIAS ANTONIO CHAVEZ PENA and
ALEJANDRO PEREZ, on behalf of themselves, and those similarly
situated,

      Plaintiffs,

                       v.

FINE CRAFTSMAN GROUP, LLC, JOSEPH ZYSKOWSKI,
and KRZYSZTOF POGORZELSKI, jointly and severally,

      Defendants.
-----------------------------------------------------------------------x

Order for Adjournment

Index No. 20-cv-10452

**IT IS HEREBY ORDERED** that the status conference scheduled for December 17, 2024 at 10 a.m. in Courtroom 11A is adjourned to January 23, 2025 at 10 a.m. due to scheduling conflicts, with all parties to appear at that time. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 90.

Dated: 12/16/2024

SO ORDERED:

*/s/ George B. Daniels*
Hon. George B. Daniels
United States District Judge