UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ZULAY ANDREA ALVAREZ, GERARDO AYALA, ANIBAL YAGUACHI CAMPOVERDE, EDUARDO GABRIEL VILLAFUERTE CHAVEZ, CESAR CUA, RAFAEL HERNANDEZ, OSCAR SANCHEZ JUAREZ, EDUARDO MUNOZ, ELIAS ANTONIO CHAVEZ PENA, and ALEJANDRO PEREZ, *on behalf of themselves and those similarly situated*,

                              Plaintiffs,

-against-

FINE CRAFTSMAN GROUP, LLC, JOSEPH ZYSKOWSKI and KRZYSZTOF POGORZELSKI, *jointly and severally*,

                              Defendants.

------------------------------------x

<u>ORDER</u>

20 Civ. 10452 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for April 30, 2025 is cancelled per parties' request.

Dated: New York, New York
April 17, 2025

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge