**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ZULAY ANDREA ALVAREZ, GERARDO AYALA, ANIBAL YAGUACHI CAMPOVERDE, EDUARDO GABRIEL VILLAFUERTE CHAVEZ, CESAR CUA, RAFAEL HERNANDEZ, OSCAR SANCHEZ JUAREZ, EDUARDO MUNOZ, ELIAS ANTONIO CHAVEZ PENA, and ALEJANDRO PEREZ, *on behalf of themselves and those similarly situated,*

                                    Plaintiff,

                      -against-

FINE CRAFTSMAN GROUP, LLC, JOSEPH ZYSKOWSKI, and KRZYSZTOF POGORZELSKI,
*jointly and severely,*

                                 Defendants.

**ORDER**

**20-CV-10452 (GBD) (JW)**

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 2, 2025, the parties attended a settlement conference before this Court. On April 17, 2025, a status conference scheduled for April 30, 2025 was cancelled per the parties' request. Having seen no updates on the docket since then, the Court orders the parties to file a joint status letter, no more than two pages, updating the Court on the status of any settlement discussions by **October 8, 2025, at 5:00 PM**.

SO ORDERED.

DATED:   New York, New York
         September 29, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge