**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZULAY ANDREA ALVAREZ, GERARDO AYALA, ANIBAL YAGUACHI CAMPOVERDE, EDUARDO GABRIEL VILLAFUERTE CHAVEZ, CESAR CUA, RAFAEL HERNANDEZ, OSCAR SANCHEZ JUAREZ, EDUARDO MUNOZ, ELIAS ANTONIO CHAVEZ PENA, and ALEJANDRO PEREZ, on behalf of themselves and those similarly situated,

Plaintiffs,

-against-

FINE CRAFTSMAN GROUP, LLC, JOSEPH ZYSKOWSKI, and KRZYSZTOF POGORZELSKI, *jointly and severely,*

Defendants.

20-CV- 10452 (GBD) (JW)

**ORDER SETTING CONFERENCE TO DISCUSS SETTLEMENT AND ENFORCEMENT OF JUDGMENT**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has reviewed the Parties' docket filings and *ex parte* submissions and orders the following:

1. Parties are directed to appear for a conference on **November 12, 2026 at 10:30 AM ET in-person at Courtroom 228, 40 Foley Square, New York, New York.**

2. This conference will be a hybrid discussion on both settlement and judgment enforcement. The Court will begin first by facilitating discussion as an extension of settlement to see if a mutual agreement can be reached. This discussion will be off the record. In the absence

of agreement, the Parties will then have a discussion on the record about next steps in enforcement of the judgment and potential discovery related to enforcement. Parties shall be prepared with concrete next steps to discuss on the record if negotiations fail.

3. By **November 5, 2026**, Parties should submit letters *ex parte* regarding any additional discussions between the Parties, current positions, proposed relief / next steps, and anything else they wish the Court to consider on the issues.

SO ORDERED.

Dated: New York, New York
September 29, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge